UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1440 FMO (PVCx) | Date | December 17, 2021 |
|---|---|---|---|
| Title | Lusene Varkins, et al. v. TJC Transport, LLC, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

On September 17, 2021, the court ordered defendants to file an Answer to plaintiffs' Consolidated First Amended Complaint or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure by no later than November 15, 2021. (Dkt. 31, Court's Order of September 17, 2021, at 2). As of the date of this Order, neither an Answer nor a Rule 12 motion has been filed by any defendant. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT:

1. Plaintiffs shall, no later than **December 27, 2021**, file an application for entry of default.

2. Plaintiffs are cautioned that failure to timely file an application for entry of default shall result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |